File No. 1694-10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| William F. Bohler Jr., | Case No. 04-24051 |
| Debtor. | Honorable Judge Black |

### RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATION

Now comes, Litton Loan Servicing, LP and files this Response to the Trustee's Notice of Final Mortgage Cure Amount and in support states as follows:

1. That on September 28, 2009, Chapter 13 Trustee Glenn B. Stearns filed a Notice of Payment of Final Mortgage Cure Amount. The Notice was subsequently served on Litton and indicated that if the creditor is not post petition current, it must file a response within sixty days of said Notice. This response is being filed within that time frame.

2. The Debtor is not current on its post-petition mortgage payments on Litton's first lien regarding the real estate located at: 805 Sunset Drive, Shorewood, Illinois ("Real Estate").

3. That since there is a post petition default the mortgage should not be considered fully reinstated.

4. The loan is post petition for escrow advances. The following is due and owing:

   i. Escrow advances of $16,140.57;

      A) $11,726.36 for real estate taxes; and,

      B) $4,414.21 for insurance.

That the total post petition default totals $16,140.57. That based upon Debtor's default, the mortgagee is not required to treat the mortgage reinstated and fully current. The creditor reserves the right to amend this response.

Respectfully submitted,

    /s/  Mitchell A. Lieberman
Attorney for Litton Loan Servicing, LP
Noonan & Lieberman, Ltd.
105 W. Adams, Suite 3000
Chicago, Illinois 60603
(312) 431-1455